IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.                                    No. 19-04016-01-CR-C-BCW

JON MARK WILSON,

                    Defendant.

# GOVERNMENT'S EXHIBIT INDEX

| ✓ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Disc containing Wilson meeting with CS 1-11-19 |
| 2 | | | | Disc containing Wilson meeting with UC 1-16-19 |
| 3 | | | | Disc containing Wilson meeting with UC 1-22-19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Ashley S. Turner
_____          _____
Name                                        Signature

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

___ Jim Lynn _____        _____
Name                                                                                      Signature

:exhibin.int