IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 19-04016-01-CR-C-BCW

JON MARK WILSON,

Defendant.

# GOVERNMENT'S EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
|   |   | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 4-5-22 | 1:06 pm | Disc containing Wilson meeting with CS 1-11-19 |
| 2 | ✓ | " | " | Disc containing Wilson meeting with UC 1-16-19 |
| 3 | ✓ | " | " | Disc containing Wilson meeting with UC 1-22-19 |

Page # ____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Ashley S. Turner  
Name                                                          Signature